KEVIN TUCKER *v.* COMMISSIONER OF CORRECTION

The petitioner Kevin Tucker's petition for certification for appeal from the Appellate Court, 66 Conn. App. 862 (AC 21149), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*David B. Rozwaski,* special public defender, in support of the petition.

Decided January 3, 2002

STATE OF CONNECTICUT *v.* STEPHEN FREEMAN

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 902 (AC 20326), is denied.

*Robert E. Byron,* special public defender, in support of the petition.

*Robert M. Brennan,* senior assistant state's attorney, in opposition.

Decided January 3, 2002

DAMIAN I. IRIZARRY, JR. *v.* COMMISSIONER OF CORRECTION

The petitioner Damian I. Irizarry, Jr.'s petition for certification for appeal from the Appellate Court, 67 Conn. App. 901 (AC 20422), is denied.

*Raymond J. Rigat,* special public defender, in support of the petition.

*Robert J. Scheinblum,* assistant state's attorney, in opposition.

Decided January 3, 2002